# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES JACK, JR.,** | **CASE NO. 1:17-CV-0520 AWI SAB** |
| **Plaintiff** | |
| v. | **ORDER VACATING HEARING AND ORDER ON APPLICATION TO SHORTEN TIME** |
| **STANISLAUS COUNTY DEPUTY SHERIFF ERIC PEARSON and STANISLAUS COUNTY DEPUTY SHERIFF CODY GUNSOLLEY ,** | |
| **Defendants** | |

On February 16, 2018, Defendants filed a motion to dismiss. Hearing on this motion was set for March 26, 2018.

On March 1, 2018, Plaintiff filed an opposition to the motion to dismiss.

On March 2, 2018, Plaintiff filed an ex parte application to shorten time with respect to the motion to dismiss hearing.

On March 8, 2018, Defendants filed a reply to Plaintiff's opposition to the motion to dismiss.

From the above, the motion to dismiss is now fully briefed. The Court has reviewed the submissions of the parties and determined that the motion to dismiss is suitable for decision without oral argument or hearing. See Local Rule 230(g). Therefore, the Court will vacate the March 26, 2018 hearing, take the motion to dismiss under submission, and deny as moot Plaintiff's application to shorten time.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The March 26, 2018 hearing date is VACATED;
2. Defendants' motion to dismiss is taken under submission, and a decision will issue on the motion hereafter; and
3. Plaintiff's application to shorten time is DENIED as moot.

IT IS SO ORDERED.

Dated:   March 9, 2018                              _____
                                                                  SENIOR DISTRICT JUDGE