# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JACK, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | Case No. 1:17-cv-00520-AWI-SAB <br><br> ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF PARTIES <br><br> (ECF No. 47) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the May 10, 2018 scheduling order is amended as follows.

1. Non-Expert Discovery deadline: April 12, 2019
2. Expert Disclosure deadline: May 13, 2019
3. Supplemental Expert Disclosure: June 14, 2019
4. Expert Discovery deadline: July 29, 2019
5. All other aspects of the May 10, 2018 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **February 6, 2019**

UNITED STATES MAGISTRATE JUDGE

1