# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES JACK, JR., | Case No. 1:17-cv-00520-AWI-SAB |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO TERMINATE DEFENDANT CODY GUNSOLLEY AS A PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a) |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | (ECF No. 52) |

James Jack, Jr. ("Plaintiff") filed this action on April 12, 2017. (ECF No. 1.) Currently the action is proceeding on the third amended complaint against Cody Gunsolley and Eric Pearson. On September 17, 2019, a notice of voluntary dismissal was filed dismissing the action with prejudice as to Defendant Gunsolley with each party to bear its own costs and attorney fees. (ECF No. 52.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendant Cody Gunsolley has been terminated as a defendant in this action, with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

IT IS SO ORDERED.

Dated: **September 18, 2019**

UNITED STATES MAGISTRATE JUDGE

1