# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES JACK, JR.,** | **CASE NO. 1:17-CV-0520 AWI SAB** |
| **Plaintiff** | |
| v. | **ORDER CORRECTING DOC. NO. 61** *NUNC PRO TUNC* |
| **STANISLAUS COUNTY DEPUTY SHERIFF ERIC PEARSON,** | (Doc. No. 61) |
| **Defendant** | |

On January 14, 2020, the Court's order on Defendant's motion for summary judgment was docketed. See Doc. No. 61. However, it has come to the Court's attention that there are typographical errors with respect to the title this order. Specifically, the title of order appears as "Order On Defendants' Third Motion To Dismiss" and then references "(Doc. No. 33)". See id. However, the body of the order addresses and resolves Defendant's summary judgment motion. See id. In order to avoid possible confusion, the Court will issue this order to correct Doc. No. 61 *nunc pro tunc* to reflect that it is the "Order On Defendant's Motion For Summary Judgment," which is Doc. No. 53 in the record.

Accordingly, IT IS HEREBY ORDERED that:

1. Document No. 61 on Page 1 at the title is CORRECTED *NUNC PRO TUNC* to now read: "Order On Defendant's Motion For Summary Judgment"; and
2. Document No. 61 on Page 1 in the title, where "(Doc. No. 33)" is identified, is CORRECTED *NUNC PRO TUNC* to read "(Doc. No. 53)."

IT IS SO ORDERED.

Dated: January 15, 2020

_____
SENIOR DISTRICT JUDGE